WILLIAM KEMBLE, Respondent, *v.* THE RONDOUT NATIONAL BANK OF KINGSTON, Appellant.

*Kemble* v. *National Bank of Rondout*, 94 App. Div. 544, affirmed.
(Argued November 24, 1905; decided December 12, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 13, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Howard Chipp* for appellant.

*John W. Searing* and *William D. Brinnier* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

MARY L. DECKER, Respondent, *v.* HIRAM KELLS, Individually and as Guardian of MARY L. DECKER, Appellant.

*Decker* v. *Kells*, 92 App. Div. 615, affirmed.
(Argued November 27, 1905; decided December 12, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 11, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*T. E. Courtney* and *J. Courtney* for appellant.

*James Dougherty* for respondent.

Judgment modified by striking therefrom the sum of sixty dollars taxed below for stenographer's fees, and as so modified affirmed, with costs in this court to respondent; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.